STATE of Missouri, Respondent,

v.

Charles S. JOHANNSEN, Appellant.

No. WD 38706.

Missouri Court of Appeals,
Western District.

May 5, 1987.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from sentence of ten years following conviction for sodomy. Section 566.060, RSMo 1986. Sentence was by the court on a finding that Johannsen was a prior offender.

Judgment affirmed. Rule 84.16(b).